DENISE DURHAM *v.* WILLIAM C. MOORE

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Christine E. Keller,* in support of the petition.

*Jacob J. Goldman,* in opposition.

Decided January 29, 1980

COMMISSIONER OF MOTOR VEHICLES *v.* FREEDOM OF INFORMATION COMMISSION

The defendant's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Constance L. Chambers,* in support of the petition.

*L. D. McCallum,* in opposition.

Decided January 29, 1980

HOSPITAL OF ST. RAPHAEL *v.* COMMISSION ON HOSPITALS AND HEALTH CARE

The defendant's petition for certification for appeal from the Superior Court in the judicial district of New Haven is granted by the court.

*Jane S. Scholl,* assistant attorney general, in support of the petition.

*J. Michael Eisner* and *Judy A. Rabkin,* in opposition.

Decided February 5, 1980